**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kerline Aslam a/k/a Kerlyn Fashion              CHAPTER 13
Jewelry

              Debtor(s)                                BKY. NO. 22-12811 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Pass-Through Certificates, Series RFC 2007-HE1 and index same on the master mailing list.

              Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
26 Oct 2022, 17:12:53, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322