# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                    Chapter 13

    KERLINE ASLAM                                    Bankruptcy No. 22-12811-AMC

    218 WILDWOOD AVE.

    E. LANSDOWNE, PA 19050-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KERLINE ASLAM

    218 WILDWOOD AVE.

    E. LANSDOWNE, PA 19050-

**Counsel for debtor(s), by electronic notice only.**
    TIMOTHY ZEARFOSS
    Law Office of Timothy Zearfoss
    143-145 LONG LANE
    UPER DARBY, PA 19082-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 2/8/2023                                                                                    /s/ Kenneth E. West

                                                                                                                _____
                                                                                                                Kenneth E. West, Esquire
                                                                                                                 Chapter 13 Standing Trustee