**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                           : BR NO. 22-12811
KERLINE ASLAM                    :
         Debtor.                 : Chapter 13
```

## **O R D E R**

AND NOW, this ____ day of _____, 2024, upon application of Timothy Zearfoss, Esquire, as counsel for the above-named debtor, for allowance of compensation pursuant to L.B.R. 2016-2, it is:

ORDERED, ADJUDGED, and DECREED, that compensation be paid to the applicant in the amount of $3225.00, for total compensation of $4725.00, in the above-captioned matter.

BY THE COURT:

_____
J.