**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

IN RE:                                : BR NO. 22-12811
KERLINE ASLAM                         :
    Debtor.                           : Chapter 13

**O R D E R**

AND NOW, this 22nd day of March, 2024, upon application of Timothy Zearfoss, Esquire, as counsel for the above-named debtor, for allowance of compensation pursuant to L.B.R. 2016-2, it is:

ORDERED, ADJUDGED, and DECREED, that compensation be paid to the applicant in the amount of $3225.00, for total compensation of $4725.00, in the above-captioned matter.

BY THE COURT:

_____
J.